UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Rasheik Damyel Jackson,

        Defendant.

Criminal No.05-41 (RHK/JSM)

**ORDER**

Defendant's Motion to Modify Release Conditions (Doc. No. 30) is **DENIED**.

Dated: December 19, 2005

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge